EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 5 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00159 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)] |
| KITIPHONG KHAMJAN, ) | |
| Defendant. ) | |

### INDICTMENT

#### COUNT 1

The Grand Jury charges:

On or about August 31, 2003, in the District of Hawaii, defendant, KITIPHONG KHAMJAN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, a firearm,

to wit, a .38 caliber Derringer revolver, bearing serial number F9062.

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 924(a)(2).

## COUNT 2

The Grand Jury further charges:

On or about August 31, 2003, in the District of Hawaii, defendant, KITIPHONG KHAMJAN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, ammunition, to wit, three rounds of .38 caliber Winchester ammunition.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 924(a)(2).

DATED: 4/15, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

<u>United States v. Kitiphong Khamjan</u>
Cr. No. _____
"Indictment"